# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Glass, Molders, Pottery, Plastics & Allied Workers International Union, Local 63B,<br><br>  Plaintiff,<br><br>v.<br><br>Progress Casting Group, Inc., d/b/a Progress Casting Group, and ATEK Companies, Inc.,<br><br>  Defendants. | Court File No.  09-CV-2037 (PAM/JJG)<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the clerk of this court is directed to enter forthwith judgment dismissing the above action with prejudice on the merits, and without costs, attorneys' fees, and disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 10, 2011

BY THE COURT:

By: s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge